JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARCHAND ELLIOTT,<br>Petitioner,<br>v.<br>CHANCE ANDES,[*] Warden, California State Prison at San Quentin,<br>Respondent. | CASE NO. CV 19-2039 PA<br>**DEATH PENALTY CASE**<br>**ORDER DISMISSING ACTION** |

On August 24, 2026, Petitioner's counsel filed a Notice of Death and Request for Dismissal ("Notice"). Dkt. 59. The Notice states that Petitioner Marchand Elliott died

[*] The Court notes that, pursuant to the California Department of Corrections and Rehabilitation's Condemned Inmate Transfer Program, Petitioner was relocated from San Quentin State Prison to California State Prison, Sacramento. Under Federal Rule of Civil Procedure 25(c), although there has been a transfer of interest, the action may be continued against the original Respondent. Chance Andes is substituted for his predecessors as Acting Warden of San Quentin State Prison pursuant to Federal Rule of Civil Procedure 25(d). Jason Schultz is the current warden at California State Prison, Sacramento, where Petitioner was housed at the time of his death.

on August 1, 2026, at California State Prison, Sacramento (SAC), and requests that the Court enter an order dismissing Petitioner's February 11, 2020, Petition for Writ of Habeas Corpus as moot. *Id.* at 2 (citing *Stanley v. Ryan*, 716 F.3d 1272 (9th Cir. 2013) and *Griffey v. Lindsay*, 349 F.3d 1157 (9th Cir. 2003)). Having considered the Request and finding good cause therefor, the court hereby DISMISSES the action as moot.

**IT IS SO ORDERED.**

DATED: September 8, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE